**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6680**

———————

EMMANUEL E. SEWELL,

            Plaintiff - Appellant,

      v.

ACTING COMMISSIONER J. MICHAEL STOUFFER; WARDEN BOBBY P.
SHEARIN; CAPTAIN STOTTER; LT. J. L. HARBAUGH; LT. D. DURST;
LT. J. W. HAGGARD; LT. HENCH; SGT. R. H. LIPHOLD, JR.; SGT.
R. R. SHANK; SGT. G. B. MCALPINE; SGT. M. BURGER; D. L.
SMITH; SGT. SIMMONS; SGT. LANCASTER; SGT. MCKENZIE; J. A.
KENNELL; K. E. CROWE; D. S. CAPLE; R. A. KRUISE; D. E.
RICHARD; P. DEIST; B. BRISKEY; R. R. HOLLINS; WHEATSTONE; J.
W. PRITTS; D. MICHAEL; M. HUBNER,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:11-cv-01584-DKC)

———————

Submitted:  September 11, 2012      Decided:  September 18, 2012

———————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Emmanuel E. Sewell, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Douglas F. Gansler, OFFICE OF

THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel E. Sewell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sewell v. Stouffer, No. 8:11-cv-01584-DKC (D. Md. Apr. 2, 2012). We deny Sewell's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED